**CSD 1160** [05/15/03]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

RS NO.

Moving Party

Respondent(s)

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
☐ REAL PROPERTY    ☐ PERSONAL PROPERTY

    Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1.    A Petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was filed on _____.

2.    Procedural Status:
    a. ☐ Name of Trustee Appointed *(if any)*:

    b. ☐ Name of Attorney of Record for Trustee *(if any)*:

    c. ☐ *(Optional)* Prior Filing Information:
       Debtor has previously filed a Bankruptcy Petition on: _____.
       If applicable, the prior case was dismissed on: _____.

    d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

    Movant alleges the following in support of its Motion:

1. ☐ The following real property is the subject of this Motion:
    a. Street address of the property including county and state:

    b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

    c. Legal description of property is attached as Exhibit A.

CSD 1160

    d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

    e.    *Fair market value of property as set forth in the Debtor's schedules: $_____.

    f.    *Nature of Debtor's interest in the property:

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

    a.    Fair market value of property as set forth in the Debtor's schedules: $_____.

    b.    Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $_____.

4. *Nature of Movant's interest in the property:

5. *Status of Movant's loan:
   a. Balance owing
   b. Amount of monthly payment: $_____
   c. Date of last payment:
   d. If real property,
      i. Date of default:
      ii. Notice of Default recorded on:
      iii. Notice of Sale published on:
      iv. Foreclosure sale currently scheduled for:
   e. If personal property,
      i. Pre-petition default: $_____ No. of months:_____
      ii. Post-petition default: $_____ No. of months:_____

6. *(If Chapter 13 Case, state the following:)*
   a. Date of post-petition default: _____
   b. Amount of post-petition default: $_____

7. Encumbrances:
   a. Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN)<br>Pre-Petition Arrearages<br>Total Amount - # of Months | Post-Petition Arrearages<br>Total Amount - # of Months |
|---|---|---|---|
| 1st: | | | |
| 2nd: | | | |
| 3rd: | | | |
| 4th: | | | |
| Totals for all Liens: | $ | $ | $ |

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
        ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

8. Relief from the automatic stay should be granted because:

   a. ☐ Movant's interest in the property described above is not adequately protected.

   b. ☐ Debtor has no equity in the ☐ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

   c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

      i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

      ii. the Debtor/Trustee has

         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

         (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

   d. ☐ *Other cause exists as follows *(specify)*: ☐ See attached page.


When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

Movant attaches the following:

1. ☐ Other relevant evidence:

2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.


WHEREFORE, Movant prays that this Court issue an Order granting the following:

☐ Relief as requested.

☐ Other:


Dated:

_____
[Attorney for] Movant


*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160