CSD 1162 [08/22/03]
Name, Address, Telephone No. & I.D. No.

Order Entered on
February 05, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re


                                                    Debtor.

BANKRUPTCY NO.


                                              Moving Party

RS NO.


                                            Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY  ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//

//

//

//

DATED: February 05, 2010

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
   Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                                        CASE NO:
                                                                                               RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

☐ Debtor *(Name)*:

☐ Debtor's Attorney *(Name)*:

☐ Trustee *(Name)*:

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1.  ☐   The following real property:

    a.  Street address of the property including county and state:

    b.  Legal description is ☐ attached as Exhibit A or ☐ described below:

2.  ☐   The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

`CSD 1162`

*Signed by Judge James W. Meyers February 05,2010*

# EXHIBIT A

# LEGAL DESCRIPTION

PARCEL 1:

ALL THOSE PORTIONS OF LOT 5 IN BLOCK "C" AND LOTS 5 AND 6 IN BLOCK "B" OF VILLINGER SUBDIVISION, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 333, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, AUGUST 17, 1887, TOGETHER WITH PORTIONS OF KANSAS STREET AND THE ALLEYS IN SAID BLOCKS "B" AND "C" AS SAID STREET AND ALLEYS ARE SHOWN ON SAID MAP NO. 333, BOUNDED AND DESCRIBED AS A WHOLE AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID BLOCK "C"; THENCE ALONG THE SOUTHERLY LINE OF SAID BLOCK, SOUTH 89° 13' 30" EAST, 129.37 FEET TO THE CENTER LINE OF THE ALLEY LOCATED WITHIN SAID BLOCK "C" AS SHOWN ON SAID MAP NO. 333; THENCE ALONG THE CENTER LINE OF SAID ALLEY, NORTH 00° 30' 10" EAST, 267.00 FEET TO THE NORTHWEST CORNER OF LAND CONVEYED TO SENATOR N. WALKER, ET UX, BY DEED RECORDED SEPTEMBER 29, 1959 IN BOOK 7906, PAGE 367 OF OFFICIAL RECORDS, BEING THE TRUE POINT OF BEGINNING OF THE HEREIN DESCRIBED PROPERTY; THENCE CONTINUING ALONG SAID CENTER LINE AND THE NORTHERLY PROLONGATION OF SAID CENTER LINE, NORTH 00° 30' 10" EAST, 66.75 FEET; THENCE SOUTH 89° 13' 30" EAST, 129.06 FEET TO THE WESTERLY LINE OF IOWA STREET AS SHOWN ON SAID MAP NO. 333; THENCE ALONG SAID WESTERLY LINE, SOUTH 00° 27' 00" WEST, 66.75 FEET TO A LINE WHICH BEARS SOUTH 89° 13' 30" EAST FROM THE TRUE POINT OF BEGINNING; THENCE ALONG SAID LINE, NORTH 89° 13' 30" WEST 129.12 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPTING FROM THE PROPERTY DESCRIBED IN PARCEL 1 ABOVE, THAT PORTION THEREOF, IF ANY, LYING WITHIN THE BOUNDARIES OF THAT CERTAIN PROPERTY DESCRIBED IN DEED TO JACK BURTON FELLOWS, ET UX., RECORDED APRIL 6, 1959 IN BOOK 4811, PAGE 204 OF OFFICIAL RECORDS.

PARCEL 2:

AN EASEMENT FOR ROAD AND PUBLIC UTILITY PURPOSES OVER, UNDER, UPON AND ACROSS THAT PORTION OF THE WESTERLY HALF OF IOWA STREET, AS VACATED AND CLOSED TO PUBLIC USE, LYING BETWEEN THE EASTERLY PROLONGATION OF THE NORTHERLY AND SOUTHERLY LINE OF THE PROPERTY DESCRIBED IN PARCEL 1 ABOVE.

*Signed by Judge James W. Meyers February 05,2010*